**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

POWER-SONIC CORPORATION,

        Plaintiff,

v.                                  Case No: 6:11-cv-1659-Orl-36KRS

DANIEL FERNANDES ROJO FILHO,

        Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on October 19, 2012 (Doc. 21). In the Report and Recommendation, Judge Spaulding recommends that the Court grant in part Plaintiff Power-Sonic Corporation's ("Plaintiff") Motion for Attorney Fees and Costs (Doc. 16). Neither party has objected to the Report and Recommendation and the time to do so has expired.

On June 20, 2012, the Court granted Plaintiff's Motion for default judgment (Doc. 14), and the Clerk entered a default judgment against Defendant Daniel Fernandes Rojo Filho ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b). *See* Doc. 15; Fed. R. Civ. P. 55(b). Thereafter, Plaintiff moved for attorney fees and costs (Doc. 16). The Court agrees with Judge Spaulding that with the exception of law clerk Garrison, the hours Plaintiff's attorneys worked appear reasonable and the motion should be granted. Doc. 21, p. 5. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Attorney Fees & Costs (Doc. 16) is **GRANTED in part and DENIED in part**:

3. Plaintiff is entitled to an award of fees as follows:

    a. A reasonable hourly rate for Attorney Christin is $325.00 and a reasonable number of hours is 1.  A reasonable hourly rate for Attorney Cohen is $325.00 and a reasonable number of hours is 5.3.  A reasonable hourly rate for Attorney Hechtman is $150.00 and a reasonable number of hours is 12.5.  A reasonable hourly rate for law clerk Garrison is $100.00.  A reasonable hourly rate for investigator Hainline is $115.00 and a reasonable number of hours is 6.8.

4. Plaintiff is awarded attorneys' fees in the amount of $4,704.50.  Plaintiff is also awarded costs in the amount of $410.00

5. The Clerk is directed to enter judgment accordingly.

    **DONE** and **ORDERED** in Orlando, Florida on November 28, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Karla R. Spaulding